## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| IN RE: § | |
| DOUGLAS LUGENE JACKSON AND § | |
| LAQUENDA JEAN JACKSON § | |
| DEBTOR(S) § | CASE NO. 10-60001 |
| § | |
| AMERICAN NATIONAL BANK D/B/A § | |
| LEADER FINANCIAL SERVICES, IT'S § | |
| SUCCESSORS AND/OR ASSIGNS § | |
| MOVANT § | |
| § | |
| VS. § | |
| § | CHAPTER 13 |
| DOUGLAS LUGENE JACKSON AND § | |
| LAQUENDA JEAN JACKSON § | |
| DEBTORS § | |
| AND , TRUSTEE § | |
| RESPONDENTS § | |

## NOTICE OF APPEARANCE

**COMES NOW,** Cole D. Patton, Esquire of the Law Firm of McCarthy, Holthus & Ackerman, L.L.P., and hereby gives Notice of Appearance in this cause as Counsel for Creditor, American National Bank d/b/a Leader Financial Services, it's successors and/or assigns.

The Clerk is requested to furnish a copy of all pleadings to the undersigned that would be served upon creditors in this proceeding.

**DATED February 4, 2010**

                                          Respectfully Submitted,

                                          MCCARTHY, HOLTHUS & ACKERMAN, LLP
                                          */s/ Cole D. Patton*
                                          Cole D. Patton
                                          State Bar No. 24037247
                                          1255 West 15th Street, Suite 1060
                                          Plano, Texas  75075
                                          Phone: (214) 291-3800
                                          Fax:    (214) 291-3801
                                          Atty File No.:-TX-10B-11111-1
                                          ATTORNEYS FOR SECURED CREDITOR

## **CERTIFICATE OF SERVICE**

**I DO HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Appearance was served on the parties listed below by the United States Mail, first class postage prepaid or via electronic e-mail by the Clerk of Court on February 4, 2010:

**Debtor(s):**
Douglas Lugene Jackson
8348 Stonebridge Way
Tyler, TX 75701

LaQuenda Jean Jackson
8348 Stonebridge Way
Tyler, TX 75701

**Debtor Attorney:**
Gordon Mosley
4411 Old Bullard Road, No. 700
Tyler, TX  75703

**Bankruptcy Trustee**:
Ronald E. Stadtmueller
110 North College, 12th Floor
Tyler, TX 75702

McCARTHY, HOLTHUS & ACKERMAN, LLP

*/s/ Cole D. Patton*
Cole D. Patton
Atty file no.: -TX-10B-11111-1