| UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF TEXAS | PROOF OF CLAIM |
|---|---|

| Name of Debtor   **Douglas Lugene Jackson and LaQuenda Jean Jackson** | Case Number   **10-60001** |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be file pursuant to 11 U.S.C. §503.

Name of Creditor (The person or other entity to whom the debtor owes money or property): American National Bank d/b/a Leader Financial Services

☐ Check box if you arc aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and address where notices should be sent:
**American National Bank d/b/a Leader Financial Services**
**1 Corporate Center Drive, Suite 360**
**Lake Zurich, IL 60047**

☐ Check box if you have never received any notices from the bankruptcy court in this case.

Telephone number:
**214-291-3800**

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:
******3353

Check here ☐ replaces
if this claim ☐ amends   a previously filed claim, dated:

**1. Basis for Claim**
☐ Goods sold
☐ Services performed
☒ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other

☐ Retiree benefits as defined in 11 U.S.C. § I1 14(a)
☐ Wages, salaries, and compensation (fill out below)
Last 4 digits of your SS #: **N/A**
Unpaid compensation for services performed
from ____ to ____.
(date)        (date)

**2. Date debt was incurred:**

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best described your claim and state the amount of the claim at the time case filed.
See reverse side for important explanations

**Unsecured NonPriority Claim   $_____**

☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Secured Claim**
☒ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of Collateral:   **Real Estate**
☒ Real Estate
☐ Motor Vehicle
☐ Other

**Unsecured Priority Claim**

☐ Check this box if you have an unsecured priority claim

Amount entitled to priority   $
Specify the priority of the claim:

Value of Collateral:  **$180,689.00**

Amount of arrearage and other charges at time case filed included in secured claim, above, if any: **$21,014.06**

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use -- 11 U.S.C. § 507(a)(7).

☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier-- 11 U.S.C. § 507(a)(4)

☐ Taxes or penalties owed to governmental units -- 11 U.S.C. § 507(a)(8).

☐ Contributions to an employee benefit plan -- 11 U.S.C. § 507(a)(5).

☐ Other-Specify applicable paragraph of 11 U.S.C. § 507(a) (__).
* Amounts are subject to adjustment on 4/1/04 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:**     **$ 173,942.72**
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 Below.
☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges
**\* See Exhibit "A" \*\* See Exhibit "B"**

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

**7. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements *of* running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self- addressed envelope and copy of this proof of claim.

| Date<br>**February 4, 2010** | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): /s/ Cole D. Patton, attorney for secured creditor |
|---|---|

*Penalty for presenting fraudulent claim*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.