# JOHN J. TALTON, CHAPTER 13 TRUSTEE

Check #.: **1018817**

Payee: Clerk of the Court  Case 10-60001   Doc 63   Filed 07/26/12   Entered 07/26/12 14:05:30   Desc Main Document  Date: 07/20/2012

Please notify the Court & this office of any changes made after filing fo your claim (ex. account number, address, claim assignment, etc.)

| Case # | Claim # | Debtor Name(s) | Account # | Balance | Principal | Interest | Total |
|--------|---------|----------------|-----------|---------|-----------|----------|-------|
| 0760496 | 00004 | HUBERT LEE BEASLEY & RUTH HAMPTON BE Original Check written to: CITIMORTGAGE, INC. P.O. BOX 688971 DES MOINES, IA,  50368-8971 | 0006204777 | 0.00 | 2,798.48 | 120.24 | 2,918.72 |
| 0760496 | 00082 | HUBERT LEE BEASLEY & RUTH HAMPTON BE Original Check written to: CITIMORTGAGE, INC. P.O. BOX 688971 DES MOINES, IA,  50368-8971 | 3204777 | 0.00 | 176.46 | 7.60 | 184.06 |
| 0760741 | 00011 | JUANITA CUMBY Original Check written to: TEXAS EM-I MEDICAL SERVICES PA NCO FINANCIAL SYSTEMS, INC. PO BOX 41567 PHILADELPHIA, PA,  19101 | IOUS / 1911882 - 5842614, CSDC | 334.32 | 4.68 | 0.00 | 4.68 |
| 1010673 | 00006 | LARRY LANDRY Original Check written to: TEXAS CAR TITLE AND LOAN 3810 COLLEGE ST BEAUMONT, TX,  77706 | 61-01 | 1,367.97 | 799.14 | 153.58 | 952.72 |
| 1010673 | 00006 | LARRY LANDRY Original Check written to: TEXAS CAR TITLE AND LOAN 3810 COLLEGE ST BEAUMONT, TX,  77706 | 61-01 | 0.00 | 87.96 | 0.00 | 87.96 |
| 1060001 | 00003 | DOUGLAS LUGENE JACKSON & LAQUENDA JE Original Check written to: AMERICAN NATIONAL BANK D/B/A LEADER FINANCIAL SERVICES 1 CORPORATE DRIVE, SUITE 360 LAKE ZURICH, IL,  60047 | 3101420723353 | 0.00 | 0.00 | 3,161.14 | 3,161.14 |
| 1060001 | 00004 | DOUGLAS LUGENE JACKSON & LAQUENDA JE Original Check written to: AMERICAN NATIONAL BANK D/B/A LEADER FINANCIAL SERVICES 1 CORPORATE DRIVE, SUITE 360 LAKE ZURICH, IL,  60047 | 3101420723353 | 16,578.08 | 4,435.98 | 0.00 | 4,435.98 |
| 1090345 | 00005 | GARY T. BAKER & SHEILA R. BAKER Original Check written to: GRAPELAND STATE BANK 112 S MAIN GRAPELAND, TX,  75844 | 2951 | 0.00 | 0.00 | 68.47 | 68.47 |
| | | **TOTALS** | | 18,280.37 | 8,302.70 | 3,511.03 | 11,813.73 |